IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| OSCAR O. CABRERA, | § | |
|   Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 6:22-CV-00040 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|   Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the November 21, 2022 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Julie K. Hampton. (Dkt. No. 8). In the M&R, Magistrate Judge Hampton *sua sponte* recommends that: (1) Petitioner Oscar O. Cabrera's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 1) be liberally construed as a Section 2255 motion and he be ordered to re-file his claims on the proper form; and (2) alternatively, if construed as a Section 2241 petition, it be dismissed for lack of jurisdiction because he is not incarcerated in the Southern District of Texas.

Petitioner was provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). He did not object, but instead filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 on November 29, 2022. (6:22-CR-1, Dkt. No. 11; 6:22-CV-55, Dkt. No. 1). As a result, review is straightforward: plain error. *See Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order and **DISMISSES** Petitioner's Petition for Writ of

2

Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 1). The Court will address his Section 2255 motion in a separate opinion in Case Nos. 6:22-CR-1 and 6:22-cv-55.

It is SO ORDERED.

Signed on April 4, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**